### A96A2343. THE STATE v. DAVID et al.
(504 SE2d 528)

JOHNSON, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *State v. David*, 269 Ga. 533 (501 SE2d 494) (1998), our decision in *State v. David*, 225 Ga. App. 541 (484 SE2d 278) (1997), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. McMurray, P. J., and Ruffin, J., concur.*

DECIDED JULY 16, 1998.

*R. Joseph Martin III, District Attorney, Michael T. Muldrew, Assistant District Attorney*, for appellant.
*Turner & Pool, John R. Turner, Jack B. Williamson, Jr., F. Gates Peed, Gary L. Mikell*, for appellees.